UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NATIVIDAD CARMONA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 20 inclusive,<br><br>    Defendant. | CASE NO.: 3:13-CV-04393-DMR<br><br>[The Honorable Magistrate Donna M. Ryu]<br><br>**ORDER GRANTING WELLS FARGO'S** *EX PARTE* **APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court is in receipt of the *ex parte* request filed by WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") for an order extending the time by which it is required to file a response to the complaint filed by plaintiff.

The Court having, read and fully considered the defendants' application, and any opposition thereto, and good cause appearing, grants the request. Accordingly,

**IT IS HEREBY ORDERED** that:

Wells Fargo's *ex parte* application is GRANTED.

The time by which Defendants are required to file a response to the complaint is extended to October 14, 2013.

Dated: September 30, 2013

_____
HON. DONNA M. RYU
UNITED STATES MAGISRATE JUDGE