1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| NATIVIDAD CARMONA, | CASE NO.: 3:13-CV-04393-DMR |
|---|---|
| Plaintiff, | [The Honorable Magistrate Donna M. Ryu] |
| v. | **ORDER GRANTING WELLS FARGO'S** *EX PARTE* **APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| WELLS FARGO BANK, N.A., and DOES 1 through 20 inclusive, | |
| Defendant. | |

The Court is in receipt of the *ex parte* request filed by WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") for an order extending the time by which it is required to file a response to the complaint filed by plaintiff.

The Court having, read and fully considered the defendants' application, and any opposition thereto, and good cause appearing, grants the request. Accordingly,

**IT IS HEREBY ORDERED** that:

Wells Fargo's *ex parte* application is GRANTED.

The time by which Defendants are required to file a response to the complaint is extended to October 14, 2013.

Dated: September 30, 2013

_____
HON. DONNA M. RYU
UNITED STATES MAGISRATE JUDGE

93000/HR1078/00737778-1

1

CASE NO.: 3:13-CV-04393-DMR
ORDER GRANTING EX PARTE APPLICATION
TO EXTEND TIME TO RESPOND TO COMPLAINT