United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NATIVIDAD CARMONA,                          No. C 13-4393 SI

12              Plaintiff,                        **ORDER OF REFERRAL**

13      v.

14   WELLS FARGO BANK, N.A., and DOES 1-20,

15              Respondents.

16   _____/

17          Pursuant to Civil Local Rule 3-12, the Court refers this matter to Judge Richard Seeborg for a

18   determination whether this case is related to *In re: Wachovia Corp. "Pick-A-Payment" Mortgage*

19   *Marketing and Sales Practices Litigation*, Case No. M:09-cv-2015 RS.

20

21          **IT IS SO ORDERED.**

22

23   Dated: October 22, 2013                     _____
                                                  SUSAN ILLSTON
24                                                UNITED STATES DISTRICT JUDGE

25

26

27

28