IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD CARMONA, | No. C 13-4393 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| WELLS FARGO BANK, N.A., and DOES 1-20, | |
| Respondents. | |

Pursuant to Civil Local Rule 3-12, the Court refers this matter to Judge Richard Seeborg for a determination whether this case is related to *In re: Wachovia Corp. "Pick-A-Payment" Mortgage Marketing and Sales Practices Litigation*, Case No. M:09-cv-2015 RS.

**IT IS SO ORDERED.**

Dated: October 22, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE